

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2017

No. 04-17-00719-CV

Juan **ENRIQUEZ**,
Appellant

v.

Dwayne **VILLANUEVA**, Karnes County Sheriff, Individually and in his Official Capacity,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 17-09-00210-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's brief is due to be filed on January 2, 2018.  On December 1, 2017, appellant filed a motion requesting a copy of the clerk's record filed in this appeal.  Appellant is indigent and representing himself on appeal pro se.  Appellant's request is GRANTED.  The clerk of the court is instructed to provide appellant with a copy of the clerk's record with appellant's copy of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court